POWERS, Appellant, v. BROOKLYN EL. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 17, 1898.) Action by George A. Powers against the Brooklyn Elevated Railroad Company and the Union Elevated Railroad Company.

PER CURIAM. Application granted on the condition that the respondents, within three days, give the appellant a consent that the appeal to the court of appeals may be withdrawn without costs, if the appellant so elect, and that the respondents pay to the appellant the taxable costs accrued on appeal, and all disbursements incurred by the latter, including the expense of any printing that has been had, and also the sum of $10 costs of this application; and, in case the appellant elects to continue the appeal, then the respondents must give the appellant a consent that the cause may be set down for argument at such time as the appellant elects; and, in case of failure of the respondents to comply with any and all of the conditions aforesaid, then the motion to resettle the order is denied, with $10 costs.

PRITCHARD, Respondent, v. FISH, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Reuben L. Pritchard against John Fish. A. P. Wagener, for appellant. G. S. Truax, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PYROGRAVURE CO., Respondent, v. STABER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by the Pyrogravure Company against George Staber and others. W. W. Gage, for appellants. Marshall B. Clarke, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 1148.

RETREAT et al. v. CITY OF BUFFALO et al. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Providence Retreat and others against the City of Buffalo and others. No opinion. Motion for reargument denied. Held that, in our view of the case, the thirty-second finding of fact, though unsupported by evidence, is inconsequential. See 51 N. Y. Supp. 654.

ROBINSON, Respondent, v. BENNETT, Appellant. (Supreme Court, Appellate Division, First Department. August 10, 1898.) Action by John Robinson against James G. Bennett. J. Townshend, for appellant. M. M. Speer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ROBINSON, Respondent, v. SUMMERVILLE & C. FERRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by William L. Robinson against the Summerville & Charlotte Ferry Company. No opinion. Judgment affirmed, with costs.

In re ROGERS. (Supreme Court, Appellate Division, First Department. June 28, 1898.) In the matter of William C. Rogers. No opinion. Motion granted, with $10 costs.

In re ROGERS et al. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) In the matter of the judicial settlement of the account of Thomas Rogers and William Cauldwell, as trustees of and under the last will and testament of Jason Rogers, deceased. No opinion. Order reversed, and motion granted, so far as to permit the appellant, Thomas Rogers, to give proof in exoneration of his liability for the misappropriation of the sum of $20,000 by his co-trustee, William Cauldwell. See 48 N. Y. Supp. 175, 53 N. Y. Supp. 25.

In re ROGERS et al. (Supreme Court, Appellate Division, Second Department. July 11, 1898.) In the matter of the accounting of Thomas Rogers and William Cauldwell, as trustees under the last will and testament of Jason Rogers, deceased. No opinion. Decree punishing appellant for contempt reversed, and appellant discharged from imprisonment, with leave to renew the application in case there be any deficiency for which the said appellant, Thomas Rogers, is personally liable, after a sale of the property transferred to the estate by his co-trustee, William Cauldwell. See 48 N. Y. Supp. 175, 53 N. Y. Supp. 25.

ROLLINS, Respondent, v. BARNES, Defendant (DICKMAN, Appellant). (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Edward A. Rollins, surviving partner, against Everett Barnes, and Emil Dickman, purchaser. No opinion. Order affirmed, with $10 costs and disbursements. See 42 N. Y. Supp. 954, 48 N. Y. Supp. 779.

ROSE v. ARONSON et al. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Warren H. Rose against Harris Aronson and others. No opinion. Motion granted with $10 costs.

ROTHSCHILD, Respondent, v. RIO GRANDE WESTERN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Simon Rothschild against the Rio Grande Western Railway Company. T. F. H. Meyer, for appellant. W. Strauss, for respondent. No opinion. Judgment affirmed, with costs, on opinion on previous appeal. See 45 N. Y. Supp. 1147.

ROUSE v. FINEGOLD. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Callman Rouse against Hyman S. Finegold. No opinion. Both motions granted without costs of either appeal or of either motion.

ROWLAND, Appellant, v. KELLOGG, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by Nancy Rowland against L. Laflin Kellogg. C.